IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE DeJESUS RODRIGUEZ,

    Petitioner,                   No. CIV S-05-1489 MCE GGH P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.                ORDER

_____/

        By order filed August 24, 2005, petitioner's petition was dismissed and thirty days leave to file an amended petition was granted. The thirty day period expired and petitioner did not filed an amended petition. Accordingly, on January 19, 2006, the court recommended that this action be dismissed.

        On January 24, 2006, petitioner filed objections to the findings and recommendations. Petitioner states that he did file the amended petition but the Clerk's Office misplaced it. The court has no record of petitioner's amended petition. Nevertheless, the court will vacate the findings and recommendations and grant petitioner one final opportunity to file his amended petition.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The January 19, 2006, findings and recommendations are vacated;

1

2. Petitioner is granted twenty days from the date of this order to file an amended petition; failure to comply with this order will result in a recommendation of dismissal of this action.

DATED: 2/3/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
rod1489.vac