IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE DeJESUS RODRIGUEZ,

    Petitioner,                      No. CIV S-05-1489 MCE GGH P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.                 FINDINGS & RECOMMENDATIONS

_____/

        By order filed August 24, 2005, petitioner's application was dismissed and thirty days' leave to file an amended application was granted. The thirty day period expired and petitioner did not file an amended application. Accordingly, on January 19, 2006, the court recommended that this action be dismissed.

        On January 24, 2006, petitioner filed objections to the findings and recommendations. Petitioner stated that he filed the amended petition but the Clerk's Office misplaced it. While the court had no record of petitioner's amended petition, on February 3, 2006, it vacated the findings and recommendations and granted petitioner twenty days to file an amended petition.

        Twenty days passed and petitioner did not file an amended petition. Instead, he filed a document titled "second objection to findings and recommendations." This document

1

cannot be construed as an amended petition. Accordingly, the court recommends that this action be dismissed for petitioner's failure to comply with the court order directing him to file an amended petition.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: 3/22/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
rodr1489.fta